JS 44C/SDNY
REV. 1/2008

**CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| BC MEDIA FUNDING COMPANY, II, MEDIA FUNDING COPMANY | FRANK LAZAUSKAS, MICHAEL L. METTER, LEONARD MOSCATI AND E. MICHAEL PISANI |
| **ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)** | **ATTORNEYS (IF KNOWN)** |
| Anthony DiSarro and Kara L. Gorycki<br>Winston & Strawn, LLP<br>200 Park Avenue, New York, NY 10166-4193<br>(212) 294-6700 | SCOTT D. ROSEN, ESQUIRE, COHN BIRNBAUM & SHEA P.C.<br>100 PEARL STREET, 12TH FLOOR, HARTFORD, CT 06103<br>(860) 493-2200 |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

18.U.S.C. Sections 1441(a) and 1332(a)(1)

Has this or a similar case been previously filed in SDNY at any time? No? [✓] Yes? [ ]    Judge Previously Assigned

If yes, was this case Vol. [ ]  Invol. [ ]  Dismissed. No [ ]  Yes [ ]  If yes, give date _____  & Case No. _____

*(PLACE AN [x] IN ONE BOX ONLY)*            NATURE OF SUIT

TORTS                                        ACTIONS UNDER STATUTES

| CONTRACT | | PERSONAL INJURY | | PERSONAL INJURY | | FORFEITURE/PENALTY | | BANKRUPTCY | | OTHER STATUTES | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [ ] 110 | INSURANCE | [ ] 310 | AIRPLANE | [ ] 362 | PERSONAL INJURY - MED MALPRACTICE | [ ] 610 | AGRICULTURE | [ ] 422 | APPEAL 28 USC 158 | [ ] 400 | STATE REAPPORTIONMENT |
| [ ] 120 | MARINE | [ ] 315 | AIRPLANE PRODUCT LIABILITY | [ ] 365 | PERSONAL INJURY PRODUCT LIABILITY | [ ] 620 | OTHER FOOD & DRUG | [ ] 423 | WITHDRAWAL 28 USC 157 | [ ] 410 | ANTITRUST |
| [ ] 130 | MILLER ACT | [ ] 320 | ASSAULT, LIBEL & SLANDER | [ ] 368 | ASBESTOS PERSONAL INJURY PRODUCT | [ ] 625 | DRUG RELATED SEIZURE OF | | | [ ] 430 | BANKS & BANKING |
| [ ] 140 | NEGOTIABLE INSTRUMENT | [ ] 330 | FEDERAL EMPLOYERS' | | LIABILITY | | PROPERTY 21 USC 881 | PROPERTY RIGHTS | | [ ] 450 | COMMERCE |
| [ ] 150 | RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT | | LIABILITY | PERSONAL PROPERTY | | [ ] 630 | LIQUOR LAWS | [ ] 820 | COPYRIGHTS | [ ] 460 | DEPORTATION |
| | | [ ] 340 | MARINE | [ ] 370 | OTHER FRAUD | [ ] 640 | RR & TRUCK | [ ] 830 | PATENT | [ ] 470 | RACKETEER INFLU-ENCED & CORRUPT ORGANIZATION ACT (RICO) |
| [ ] 151 | MEDICARE ACT | [ ] 345 | MARINE PRODUCT LIABILITY | [ ] 371 | TRUTH IN LENDING | [ ] 650 | AIRLINE REGS | [ ] 840 | TRADEMARK | | |
| [ ] 152 | RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS) | [ ] 350 | MOTOR VEHICLE | [ ] 380 | OTHER PERSONAL PROPERTY DAMAGE | [ ] 660 | OCCUPATIONAL SAFETY/HEALTH | | | [ ] 480 | CONSUMER CREDIT |
| | | [ ] 355 | MOTOR VEHICLE PRODUCT LIABILITY | [ ] 385 | PROPERTY DAMAGE PRODUCT LIABILITY | [ ] 690 | OTHER | SOCIAL SECURITY | | [ ] 490 | CABLE/SATELLITE TV |
| [ ] 153 | RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS | [ ] 360 | OTHER PERSONAL INJURY | | | | | [ ] 861 | HIA (1395ff) | [ ] 810 | SELECTIVE SERVICE |
| | | | | | | LABOR | | [ ] 862 | BLACK LUNG (923) | [ ] 850 | SECURITIES/COMMODITIES/EXCHANGE |
| [ ] 160 | STOCKHOLDERS SUITS | | | | | [ ] 710 | FAIR LABOR STANDARDS ACT | [ ] 863 | DIWC/DIWW (405(g)) | [ ] 875 | CUSTOMER CHALLENGE 12 USC 3410 |
| [X] 190 | OTHER CONTRACT | | | | | [ ] 720 | LABOR/MGMT RELATIONS | [ ] 864 | SSID TITLE XVI | | |
| [ ] 195 | CONTRACT PRODUCT LIABILITY | | | | | [ ] 730 | LABOR/MGMT REPORTING & DISCLOSURE ACT | [ ] 865 | RSI (405(g)) | [ ] 890 | OTHER STATUTORY ACTIONS |
| [ ] 196 | FRANCHISE | ACTIONS UNDER STATUTES | | | | [ ] 740 | RAILWAY LABOR ACT | FEDERAL TAX SUITS | | [ ] 891 | AGRICULTURAL ACTS |
| | | CIVIL RIGHTS | | PRISONER PETITIONS | | [ ] 790 | OTHER LABOR LITIGATION | [ ] 870 | TAXES (U.S. Plaintiff or Defendant) | [ ] 892 | ECONOMIC STABILIZATION ACT |
| | | [ ] 441 | VOTING | [ ] 510 | MOTIONS TO VACATE SENTENCE 28 USC 2255 | [ ] 791 | EMPL RET INC SECURITY ACT | [ ] 871 | IRS-THIRD PARTY 26 USC 7609 | [ ] 893 | ENVIRONMENTAL MATTERS |
| REAL PROPERTY | | [ ] 442 | EMPLOYMENT | | | | | | | [ ] 894 | ENERGY ALLOCATION ACT |
| [ ] 210 | LAND CONDEMNATION | [ ] 443 | HOUSING/ACCOMMODATIONS | [ ] 530 | HABEAS CORPUS | IMMIGRATION | | | | [ ] 895 | FREEDOM OF INFORMATION ACT |
| [ ] 220 | FORECLOSURE | [ ] 444 | WELFARE | [ ] 535 | DEATH PENALTY | | | | | [ ] 900 | APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE |
| [ ] 230 | RENT LEASE & EJECTMENT | [ ] 445 | AMERICANS WITH DISABILITIES - EMPLOYMENT | [ ] 540 | MANDAMUS & OTHER | [ ] 462 | NATURALIZATION APPLICATION | | | | |
| [ ] 240 | TORTS TO LAND | | | [ ] 550 | CIVIL RIGHTS | [ ] 463 | HABEAS CORPUS-ALIEN DETAINEE | | | [ ] 950 | CONSTITUTIONALITY OF STATE STATUTES |
| [ ] 245 | TORT PRODUCT LIABILITY | [ ] 446 | AMERICANS WITH DISABILITIES -OTHER | [ ] 555 | PRISON CONDITION | [ ] 465 | OTHER IMMIGRATION ACTIONS | | | | |
| [ ] 290 | ALL OTHER REAL PROPERTY | [ ] 440 | OTHER CIVIL RIGHTS | | | | | | | | |

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____  OTHER _____

*Check YES only if demanded in complaint*
JURY DEMAND: [ ] YES  [✓] NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.? IF SO, STATE:

JUDGE _____  DOCKET NUMBER _____

NOTE:  Please submit at the time of filing an explanation of why cases are deemed related.

*(PLACE AN  x  IN ONE BOX ONLY)*                                    **ORIGIN**

☐ 1 Original Proceeding  ☑ 2a. Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from (Specify District)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge Judgment

☐ 2b. Removed from State Court AND at least one party is pro se.

*(PLACE AN  x  IN ONE BOX ONLY)*        **BASIS OF JURISDICTION**        *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)   ☑ 4 DIVERSITY        *(28 USC 1322, 1441)*

### CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF DEF | | PTF DEF | | PTF DEF |
|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1  [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3  [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5  [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2  [X] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [X] 4  [ ] 4 | FOREIGN NATION | [ ] 6  [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

BC MEDIA FUNDING COMPANY II
10 ROCKEFELLER PLAZA
NEW YORK, NY

MEDIA FUNDING COMPANY
10 ROCKEFELLER PLAZA
NEW YORK, NY

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

MICHAEL L. METTER, ONE TINKER LANE, GREENWICH, CT 06830 (Fairfield County);
FRANK LAZAUSKAS, 1490 DAYTON AVENUE, GREENWICH, CT 06830 (Fairfield County);
LEONARD F. MISCOTTI, 41 RICHMOND HILL ROAD, GREENWICH, CT 06830 (Fairfield County); AND
D. MICHAEL PISANI, 44 LAKE ROAD, SHORT HILLS, NEW JERSEY 07078 (Essex County).

DEFENDANT(S) ADDRESS UNKNOWN
   REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   ☑ MANHATTAN
(DO NOT check either box if this a PRISONER PETITION.)

DATE 7/9/08    SIGNATURE OF ATTORNEY OF RECORD        ADMITTED TO PRACTICE IN THIS DISTRICT
                                                     [ ] NO
RECEIPT #                                            [X] YES (DATE ADMITTED  Mo. 6   Yr. 2004 )
                                                     Attorney Bar Code # SR1545

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ **JUDGE ELLIS** _____ is so Designated.

J. Michael McMahon, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

FILED
JUL 0 9 2008
USDC WP SDNY

| | |
|---|---|
| BC Media Funding Company II<br>Media Funding Company | )<br>)<br>) |
| Plaintiffs | )<br>) |
| v. | )<br>) |
| Frank Lazauskas, Michael L. Metter<br>Leonard Moscati and E. Michael Pisani | )<br>)<br>) |
| Defendants | )<br>) |

Civil Action No.

08 CIV. 6228

JUDGE PATTERSON

### NOTICE OF REMOVAL

TO THE HONORABLE JUDGES FOR THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

The removing party, Michael L. Metter, by his undersigned attorney, respectfully shows this Court as follows:

1.    The moving party is a defendant in this action.

2.    The plaintiffs commenced this action against Michael L. Metter, Frank Lazauskas, Leonard F. Moscati and E. Michael Pisani, in the Supreme Court of the State of New York, County of New York, on June 9, 2008, which action was assigned Index No. 08-601724, and is pending in that Court.  Plaintiff's attorneys in the state court action are:

> Winston & Strawn LLP
> Anthony R. DiSarro and Kara L. Gorycki
> 200 Park Avenue
> New York, NY  10166-4193
> Telephone:  (212)294-6700

3.    On June 10, 2008, Plaintiff attempted to serve removing party with a Summons, Notice of Motion for Summary Judgment in Lieu of Complaint, and various other supporting and related documents more fully described in paragraph 9 below, by leaving a copy of such papers at

1

removing party's place of business in Greenwich, Connecticut on June 10, 2008. This notice is filed within 30 days after such attempted service. Removing Party does not admit that such service was sufficient.

4.    Defendant Moscati was served on June 14, 2008. The date of service on the Defendants Lazauskas and Pisani is unknown, but on information and belief, was not earlier than June 10, 2008.

5.    The controversy in this action is wholly between citizens of different states in that:

a.    Defendant Michael L. Metter, the removing party, at all relevant times has been and is an individual citizen and resident of the State of Connecticut who resides at One Tinker Lane, Greenwich, CT, 06830;

b.    The Defendant, Frank Lazauskas at all relevant times has been and is an individual citizen and resident of the State of Connecticut who resides at 1490 Dayton Avenue, Greenwich, CT, 06830;

c.    The Defendant, Leonard F. Moscotti, at all relevant times has been and is an individual citizen of the State of Connecticut who resides at 41 Richmond Hill Road, Greenwich, CT, 06830.

d.    Defendant D. Michael Pisani at all relevant times has been and is an individual citizen of the State of New Jersey who resides at 44 Lake Road, Short Hills, New Jersey, 07078.

e.    The Plaintiff, BC Media Funding Company II is a Delaware limited liability company with its principal place of business located at 10 Rockefeller Plaza, New York New York.

f.      The Plaintiff, Media Funding Company is a Delaware limited liability company with its principal place of business located at 10 Rockefeller Plaza, New York New York.

6.      The amount in controversy, exclusive of interest and costs, is in excess of $75,000, as more fully appears in Notice of Motion for Summary Judgment in Lieu of Complaint, a copy of which is filed with this Notice and made a part hereof.

7.      This Court has, therefore, original jurisdiction of the above-entitled action pursuant to 28 U.S.C. §1332.  As none of the Defendants are citizens or residents of the State of New York, removal of the action to this Court is proper pursuant to 28 U.S.C. §1441(a).

8.      The Defendants Frank Lazauskas, Leonard F. Moscotti and Michal Pisani assent to removal of this action to the Untied States District Court for the Southern District of New York.  All of the Defendants are represented by the undersigned counsel.

9.      Copies of all process, pleadings and other papers served on removing party in this action are filed with this notice and consist of the following:

a.      Request for Judicial Intervention;

b.      Summons;

c.      Notice of Motion for Summary Judgment in Lieu of Complaint;

d.      Affidavit of Timothy T. Olson, together with Exhibits A through K thereto;

e.      Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment; and

f.      Statement in Support of Assignment of Case to the Commercial Division.

3

WHEREFORE, Removing Party respectfully requests that this action be removed from the Supreme Court of the State of New York, County of New York, to this Court.

Dated:  July 9, 2008                              COHN BIRNBAUM & SHEA P.C.


                                   By____/s/ Scott D. Rosen_____
                                          Scott D. Rosen (SR 1545)
                                          100 Pearl Street – 12th Floor
                                          Hartford, CT  06103
                                          Telephone:  (860)493-2200
                                          Attorneys for Defendant Michael L. Metter


ASSENTED TO BY ALL CO-DEFENDANTS:

COHN BIRNBAUM & SHEA PC


By____/s/ Scott D. Rosen_____
       Scott D. Rosen (SR 1545)
       100 Pearl Street – 12th Floor
       Hartford, CT  06103
       Telephone:  (860)493-2200

       Attorney for Defendant Frank Lazakaskus,
              Leonard F. Moscatti and B. Michael Pisani

142945

4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BC Media Funding Company II | ) |
| Media Funding Company | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) |
| Frank Lazauskas, Michael L. Metter | ) |
| Leonard Moscati and E. Michael Pisani | ) |
| | ) |
| Defendants | ) |

## VERIFICATION OF SCOTT D. ROSEN OF
## SERVICE OF NOTICE OF REMOVAL

I, Scott D. Rosen, attorney for the Defendants, have served a copy of the Notice of

Removal on the below-listed counsel for the Plaintiffs by depositing the same with the United

States Postal Service, postage prepaid, on July 9, 2008:

> Winston & Strawn LLP
> Anthony R. DiSarro and Kara L. Gorycki
> 200 Park Avenue
> New York, NY  10166-4193

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July

9, 2008.


_____/s/ Scott D. Rosen_____
Scott D. Rosen


142973

1