UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BC Media Funding Company II ) <br> Media Funding Company ) <br> ) <br>     Plaintiffs ) <br> ) <br> v. ) <br> ) <br> Frank Lazauskas, Michael L. Metter ) <br> Leonard Moscati and E. Michael Pisani ) <br> ) <br>     Defendants ) | Civil Action No. 1:08-cv-6228-RPP |

**APPEARANCE**

Please enter the appearance of the undersigned as attorney for the defendants in this Civil Action.

                                    COHN BIRNBAUM & SHEA P.C.

Dated:  July 15, 2008                By_____/s/ Scott D. Rosen_____
                                                                  Scott D. Rosen (SR 1545)
                                                                  100 Pearl Street – 12th Floor
                                                                  Hartford, CT  06103
                                                                  Telephone:  (860) 493-2200
                                                                  Facsimile:  (860) 727-0361
                                                                  srosen@cb-shea.com

                                                                Attorneys for Defendants Michael L. Metter
                                                                Frank Lazakaskus, Leonard F. Moscatti and
                                                               B. Michael Pisani

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of July, 2008 a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.


   /s/ Scott D. Rosen_____
Scott D. Rosen

142975v1/08790.001