UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
BC MEDIA FUNDING COMPANY II AND MEDIA FUNDING :
COMPANY,

                Plaintiffs,             :       **ECF CASE**

                                            08-CV-6228 (RPP) (RLE)

   vs.                                           :

FRANK LAZAUSKAS, MICHAEL L. METTER,        :
LEONARD F. MOSCATI and B. MICHAEL PISANI,

                                             :

               Defendants.

                                             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## RULE 7.1 DISCLOSURE STATEMENT
## OF PLAINTIFF BC MEDIA FUNDING COMPANY II, LLC

       Plaintiff BC Media Funding Company II, LLC submits this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and provides the following information:

       BC Media Funding Company II, LLC has no parent, and no publicly held corporation owns 10% or more of the company's stock.

Dated: New York, New York
        July 15, 2008

                                                    WINSTON & STRAWN LLP

                                                  By: _____/S/_____
                                                     Anthony DiSarro
                                                     Kara L. Gorycki
                                               200 Park Avenue
                                               New York, New York 10166
                                               (212) 294-6700
                                               *Attorneys for BC Media Funding*
                                               *Company II, LLC and Media Funding*
                                               *Company, LLC*

NY:1189747.1