UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
BC MEDIA FUNDING COMPANY II AND MEDIA FUNDING COMPANY,

                Plaintiffs,                          **ECF CASE**
                                                               08-CV-6228 (RPP) (RLE)

    vs.

FRANK LAZAUSKAS, MICHAEL L. METTER,
LEONARD F. MOSCATI and B. MICHAEL PISANI,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## RULE 7.1 DISCLOSURE STATEMENT
## OF PLAINTIFF MEDIA FUNDING COMPANY, LLC

      Plaintiff Media Funding Company, LLC submits this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and provides the following information:

      Media Funding Company, LLC has no parent and no publicly held corporation owns 10% or more of the company's stock.

Dated: New York, New York
       July 15, 2008

                                                    WINSTON & STRAWN LLP

                                                    By: _____/S/_____
                                                        Anthony DiSarro
                                                        Kara L. Gorycki
                                                200 Park Avenue
                                               New York, New York 10166
                                               (212) 294-6700
                                               *Attorneys for Media Funding Company, LLC and*
                                               *BC Media Funding Company II, LLC*