UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- X
BC MEDIA FUNDING COMPANY II AND MEDIA FUNDING :
COMPANY,

                Plaintiffs,                :      **ECF CASE**
                                                       08-CV-6228 (RPP) (RLE)
    vs.                                          :

FRANK LAZAUSKAS, MICHAEL L. METTER,      :      **CERTIFICATE OF**
LEONARD F. MOSCATI and B. MICHAEL PISANI,          **SERVICE**
                                                         :

                Defendants.
                                                          :

-------------------------------------------------- X

       I, Kara Gorycki, an attorney at Winston & Strawn LLP, with an office located at 200 Park Avenue, New York, New York 10166, hereby certify under penalty of perjury that I caused a true copy of Plaintiffs' Rule 7.1 Disclosure Statements, Plaintiffs' Rule 56.1 Statement, Plaintiffs' Restated Notice of Motion, the Declaration of Kara L. Gorycki dated July 15, 2008, with supporting exhibits, and Plaintiffs' Supplemental Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment, dated July 15, 2008 to be served by operation of the Court's Electronic Case Filing system, and overnight mail upon the following counsel:

                              Scott D. Rosen
                            Cohn, Birnbaum & Shea P.C.
                          100 Pearl Street, 12th Floor
                            Hartford, CT 06103

Dated: July 15, 2008

                                                           Kara L. Gorycki