UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
BC MEDIA FUNDING COMPANY II and MEDIA  :    **ECF CASE**
FUNDING COMPANY,                                         :    08-CV-06228 (RPP) (RLE)
                                                             :
                        Plaintiffs,             :
                                                                :
                      -against-               :
                                                                :
FRANK LAZAUSKAS, MICHAEL L. METTER,          :
LEONARD F. MUSCATI and B. MICHAEL PISANI,    :
                                                                :
                      Defendants.         :
                                                                :
------------------------------------------------------------------------x

**PLAINTIFFS' RESPONSE AND OPPOSITION TO MOTIONS FOR ORDER TO "RE-PLEAD" AND FOR EXTENSION OF TIME**

         Although Defendants' motion is styled as a motion to replead, what Defendants really want here is for Plaintiffs to be required to file a complaint and then for Defendants to be allotted time to answer, as in an ordinary lawsuit. However, this case, by a lender against guarantors on a defaulted debt, was commenced under the expeditious and efficient debt collection procedures of CPLR 3213. As the case law cited in Plaintiff's Supplemental Memorandum Of Law In Support Of Plaintiffs' Motion For Summary Judgment ("Plaintiffs' Supplemental Memo")[1] shows, those procedures remain applicable in federal court even when the case is removed. Consequently, Defendants are not permitted to derail those procedures by the simple act of removal. Nor should Defendants be granted more time to oppose the motion than what is allotted to them under the CPLR or the Local Rules of this Court.

         The motions should be denied.

---

[1]      This memorandum of law was filed with the Court via the ECF system on July 15, 2008.

2

Dated: July 16, 2008                              Respectfully Submitted,

                                                  WINSTON & STRAWN LLP

                                          By:    _____/S/_____

                                                  Anthony DiSarro
                                                  Kara Gorycki
200 Park Avenue
New York, New York 10166
(212)294-6700
adisarro@winston.com
kgorycki@winston.com

*Attorneys for BC Media Funding Company II, LLC
and Media Funding Company, LLC*

2