UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X
BC MEDIA FUNDING COMPANY II AND MEDIA FUNDING :
COMPANY,

                Plaintiffs,         :    **ECF CASE**

                                                       08-CV-6228 (RPP) (RLE)

    vs.                                               :

FRANK LAZAUSKAS, MICHAEL L. METTER,      :    **CERTIFICATE OF**
LEONARD F. MOSCATI and B. MICHAEL PISANI,        **SERVICE**
                                                    :

                Defendants.

                                                    :

------------------------------------------------ X

      I, Kara Gorycki, an attorney at Winston & Strawn LLP, with an office located at 200 Park Avenue, New York, New York 10166, hereby certify under penalty of perjury that I caused a true copy of Plaintiffs' Response And Opposition To Motions For Order To "Re-Plead" And For Extension Of Time, dated July 16, 2008 to be served by operation of the Court's Electronic Case Filing system, and overnight mail on the 17th day of July, 2008, upon the following counsel:

Scott D. Rosen
Cohn, Birnbaum & Shea P.C.
100 Pearl Street, 12th Floor
Hartford, CT 06103

Dated:  July 17, 2008

                                                                     /S/
                                                       Kara Gorycki