**COHN | BIRNBAUM | SHEA**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

HARTFORD • WESTPORT • NEW YORK

100 PEARL STREET
HARTFORD, CONNECTICUT 06103-4500
TELEPHONE 860 • 493 • 2200
FACSIMILE 860 • 727 • 0361


RECEIVED
AUG - 7 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

Scott D. Rosen, Esq.
srosen@cb-shea.com

**MEMO ENDORSED**

August 6, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08

*Sent via Facsimile: (212)805-7917*

The Honorable Robert P. Patterson, Jr.
United States District Judge
United States District Court for the
Southern District of New York

Re:   BC Media v. Lazausks – Civil Action No. 1:08-CV-6228 RPP

Dear Judge Patterson:

This letter is in response to Kara Gorycki's letter of August 6, 2008.

Shortly after the Notice of Removal, the Defendants filed two motions regarding the pleadings: a motion to require the plaintiff to file a complaint, and a motion for extension of time to respond to any complaint. The Court denied that motion by Endorsement Order dated July 17, 2008, and set August 6, 2008 as the response date.

My earlier letter of today represented to the Court that this was the Defendant's first request for an extension of time. The purpose of this letter is to correct that representation. My request of today is the Defendant's second request for an extension of time. It does not appear from the record that the Court ever acted on the first request for extension of time as denial of the Motion to Replead may have rendered it moot.

Thank you for your consideration in this matter.

Very truly yours,

Scott D. Rosen

SDR/clm
cc:   Kara Lynn Gorycki (*Sent via Facsimile: (212)294-4700*)

*Application denied in part. Defendant's responsive papers must be filed by August 14, 2008.*

*8/7/08   Robert P Patterson*