UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BC MEDIA FUNDING COMPANY II and MEDIA : ECF CASE
FUNDING COMPANY, : 08-CV-06228 (RPP) (RLE)
:
Plaintiffs, :
:
-against- : REPLY
: DECLARATION OF
FRANK LAZAUSKAS, MICHAEL L. METTER, : JACOB BARKER
LEONARD F. MUSCATI and B. MICHAEL PISANI, :
:
Defendants. :
:
-----------------------------------------------------------x

I, Jacob Barker, declare the following:

1. I am the Managing Partner of Barker Capital, LLC ("Barker Capital").

2. I have reviewed the Declaration of Michael Metter and have no recollection of Mr. Metter informing me of any problems with the financial covenants contained in the Financing Agreement entered into by the parties in November 2006. Nor did I tell Mr. Metter that the financial covenants, as drafted at the time of closing, would later be amended.

3. I never "threatened" Mr. Metter with respect to his signing of the Forbearance Agreement in December 2007.

I hereby declare under penalties of perjury that the foregoing is true and correct. Executed on the 12th day of August 2008.

_____
JACOB BARKER