U.S.D.C.

CHAMBERS OF:

HON. ROBERT P. PATTERSON. JR
U.S. DISTRICT JUDGE

500 PEARL. ST. N.Y N.Y

10007





07 Civ. 8682

THE PLAINTIFFS HAS SERVED SAID DEFENDANT

P. ORANDYS GUERRERO BY THE U.S. MARSHALL ON OCT. 23, 2008
COPY OF PROCESS FORM ENCLOSED. PLAINTIFFS RESPECTFULLY
ASK THE STAY BE LIFTED . SO ORDERED ON, SEP, 22, 2008.

RESPECTFULLY SUBMITTED

Ra Drah Takarka Allen
Jan 30, 2009

Application Denied
The docket sheet does not show that
defendant P.O. Orandys Figueroa has been
served by plaintiffs.
So ordered.
Robert Patterson  USDJ
2/6/09
Plaintiffs should confer with pro se office
as to appropriate steps to effect service
on Defendant Figueroa.