COURTESY COPY
ASSOCIATED WITH DOCKET
ENTRY NO(S) __58__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BC MEDIA FUNDING COMPANY II,                    :    08-CV-06228 (RPP) (RLE)
                                                :
                           Plaintiff,           :    **NOTICE OF MOTION**
                                                :
          -against-                             :
                                                :
FRANK LAZAUSKAS, MICHAEL L. METTER,             :
LEONARD F. MOSCATI and B. MICHAEL PISANI,       :
                           Defendants.          :
                                                :
------------------------------------------------------------x



MEMO ENDORSED

**PLEASE TAKE NOTICE** that, upon the annexed Supplemental Declaration of Anthony DiSarro, dated February 27, 2009 and the exhibits annexed thereto, the memorandum of law dated November 14, 2008 (Docket # 35), and all pleadings and proceedings had herein, including but not limited to the Declaration of Anthony DiSarro dated November 14, 2008 (Docket # 34), the undersigned counsel for Plaintiff will move this Court, before the Honorable Robert P. Patterson, Jr., at Courtroom 24A of the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court for an order pursuant to Federal Rule of Civil Procedure 54(d) awarding Plaintiff the attorneys' fees and costs that Plaintiff expended in this action, in the amount of $202,475.62.

*[Handwritten endorsement:]* motion This motion for attorney's fees in the amount of $202,475.62 is granted after the Court's review of the papers. No opposing papers have been submitted. So ordered. [signed] Robert P. Patterson

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/09

Dated: New York, New York
February 27, 2009

                                      Respectfully Submitted,

                                      WINSTON & STRAWN LLP

                            By:          /S/

                                      Anthony DiSarro
                                      Kara Gorycki
                                      200 Park Avenue
                                      New York, New York 10166
                                      (212)294-6700
                                      adisarro@winston.com
                                      kgorycki@winston.com

                                      *Attorneys for BC Media Funding Company II, LLC*

TO:

    Scott D. Rosen
    Cohn, Birnbaum & Shea P.C.
    100 Pearl Street, 12th Floor
    Hartford, CT 06103
    (860)493-2200

    *Attorneys for Defendants*