UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
BC MEDIA FUNDING COMPANY II

                   Plaintiff,

-against-

FRANK LAZAUSKAS, MICHAEL L. METTER,
LEONARD F. MOSCATI and B. MICHAEL PISANI,

                   Defendants.
------------------------------------------------------------------x

**ECF CASE**
08-CV-06228 (RPP) (RLE)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/09

WHEREAS Plaintiff BC Media Funding Company II ("Plaintiff") having moved, pursuant to Federal Rule of Civil Procedure 54(d), for an order awarding it attorneys' fees and costs, and this Court having reviewed all papers submitted in support of such motion, as well as the entire record herein, and there being no papers submitted in opposition to such motion;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's motion for attorneys' fees and costs is granted in its entirety;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Plaintiff and against Defendants Frank Lazauskas, Michael L. Metter, Leonard F. Moscati and B. Michael Pisani, jointly and severally, in the amount of $ 202,475.62.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, in accordance with 28 U.S.C. § 1961, post-judgment interest shall accrue on the amount of this Judgment from the date of entry of this Judgment until the date payment is made in full.

There being no just reason for delay, the Clerk of the Court is hereby directed, pursuant

to Rule 54(b) of the Federal Rules of Civil Procedure, to enter this Judgment forthwith.

    SO ORDERED.

Dated: New York, New York
       March 31, 2009

                                                Robert P. Patterson
                                            United States District Judge

NY:1226816.1