UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

BC MEDIA FUNDING COMPANY II,

                 Plaintiff,

- against -

FRANK LAZAUSKAS, MICHAEL L. METTER,
LEONARD F. MOSCATI AND MICHAEL PISANI,
                 Defendants.
-----------------------------------------------------------------x

Index No. 08cv06228 (RPP)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                           ): ss.:
COUNTY OF NEW YORK )

Katherine Martin, being duly sworn, deposes and says:

1. I am not a party to this action, and am over 18 years of age.

2. I am employed as a Legal Assistant by the law firm of Putney, Twombly, Hall & Hirson LLP, with offices at 521 Fifth Avenue, New York, New York 10175.

3. On June 12, 2009, I personally served a copy of the Notice of Motion, Memorandum of Law in Support of Motion, and Declaration of Matthew Riordan in Support of Plaintiff's Turnover Motion, along with all annexed exhibits, upon the Defendants, Frank Lazauskas, Michael L. Metter, and Leonard F. Moscati, by filing a true copy with the United States District Court for the Southern District of New York via Electronic Case Filing.

                                                      _____
                                                         Katherine Martin

Sworn to before me this
15th day of June, 2009

_____
NOTARY PUBLIC

TABA RUBINOWITZ
Notary Public, State of New York
No. 01RU4646347
Qualified in Kings County
Commission Expires June 30, 2011