# MANDATE

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse at Foley Square 40 Centre Street, New York, NY 10007 Telephone: 212-857-8500

### MOTION INFORMATION STATEMENT

Docket Number(s): 08-5915-cv

Motion for: Voluntary Dismissal

Set forth below precise, complete statement of relief sought:
Dismissal of Appeal

BC MEDIA FUNDING COMPANY

v.

LAZAUSKAS

FILED AUG - 4 2009 Catherine O'Hagan Wolfe, Clerk, SECOND CIRCUIT

**MOVING PARTY:** B. Michael Pisani
☐ Plaintiff ☑ Defendant
☑ Appellant/Petitioner ☐ Appellee/Respondent

**OPPOSING PARTY:** BC Media Funding Company II, LLC

**MOVING ATTORNEY:** Scott David Rosen, Esq.
Cohn Birnbaum & Shea, P.C.
100 Pearl Street
Hartford, CT 06103
(860) 493-2200
srosen@cb-shea.com

**OPPOSING ATTORNEY:** Matthew McDonnell Riordan
Putney, Twombly, Hall & Hirson, LLP
521 Fifth Avenue
New York, New York 10175
(212) 682-0020
Mriordan@putneylaw.com

Court-Judge/Agency appealed from: Southern District of New York / Judge Robert P. Patterson

Please check appropriate boxes:

Has consent of opposing counsel:

A. been sought?* ☑ Yes ☐ No
B. been obtained?* ☑ Yes ☐ No

Has service been effected? ☑ Yes ☐ No
[Attach proof of service]

Is oral argument requested? ☐ Yes ☑ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No
If yes, enter date:

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL**
Has request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in this Court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Signature of Moving Attorney: Scott Date: Aug. 3, 2009

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: AUG 28 2009

### ORDER

IT IS HEREBY ORDERED that Appellant B. Michael Pisani's motion for voluntary dismissal of the appeal is GRANTED.

AUG - 5 2009
Date

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk
by
Judy Pisanont, Motions Staff Attorney

FILED AUG - 5 2009 Catherine O'Hagan Wolfe, Clerk, SECOND CIRCUIT

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____ DEPUTY CLERK

CERTIFIED: AUG 27 2009