PUTNEY, TWOMBLY, HALL & HIRSON LLP

| | | |
|---|---|---|
| DANIEL F. MURPHY, JR. | ESTABLISHED 1866 | 120 WOOD AVENUE SOUTH |
| MICHAEL T. McGRATH | COUNSELORS AT LAW | SUITE 600 |
| THOMAS A. MARTIN | | ISELIN, NEW JERSEY 08830 |
| WILLIAM M. POLLAK | 521 FIFTH AVENUE | (732) 632-2505 |
| JAMES E. McGRATH, III | | TELEFAX: (732) 632-2506 |
| CHRISTOPHER M. HOULIHAN | NEW YORK, NEW YORK 10175 | |
| THOMAS M. LAMBERTI | (212) 682-0020 | 1205 FRANKLIN AVENUE |
| STEPHEN J. MACRI | | GARDEN CITY, NY 11530 |
| HARVEY I. SCHNEIDER | TELEFAX: (212) 682-9380 | (516) 746-0070 |
| MARY ELLEN DONNELLY | PUTNEYLAW.COM | TELEFAX: (516) 746-0599 |
| JOSEPH B. CARTAFALSA | | |
| GEOFFREY H. WARD | | 2500 NORTH MILITARY TRAIL |
| ANDREA HYDE | | SUITE 200 |
| E. PARKER NEAVE | | BOCA RATON, FLORIDA 33431 |
| MARK A. HERNANDEZ | October 9, 2009 | (800) 935-8480 |
| JAMES M. STRAUSS | | TELEFAX: (561) 613-4100 |
| PHILIP H. KALBAN | | COUNSEL |
| SEAN H. CLOSE | | CHARLES J. GROPPE |
| LANSING R. PALMER | | ALEXANDER NEAVE |
| JEROME P. COLEMAN | | DUSTAN T. SMITH |
| BARBARA M. MAISTO | | |
| | | SPECIAL COUNSEL |
| | | JUDITH M. BANDLER |

**Via ECF and**
**FACSIMILE (212) 805-7917**
Hon. Robert P. Patterson, Jr.
U.S. District Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

    Re:    BC Media Funding Company II v. Frank Lazauskas,
             Michael L. Metter, Leonard F. Moscati and B. Michael Pisani
             **SDNY 08-CV-06228 (RPP)**

Dear Judge Patterson:

    This firm represents BC Media Funding Company II ("BC Media") in the above-referenced matter with respect to its post judgment collection efforts. This Court issued judgments in favor of BC Media on October 31, 2008, and April 1, 2009. Currently pending before the Court is BC Media's motion for an Order requiring Defendants Moscati, Metter, and Lazauskas to liquidate certain securities and turn over the proceeds to BC Media (the "Turnover Motion").

    I have previously communicated to the Court that this matter had been settled, that a schedule of settlement payments had been established, and that if those payments were made in a timely fashion the pending motion would be withdrawn. Unfortunately, the final payment has not materialized, and I am compelled to request that the Court reinstate the motion for decision and order.

                                        Respectfully submitted,

                                        Matthew M. Riordan

MMR/dj
cc:    Scott D. Rosen, Esq. (via ECF and facsimile 860-727-0361)
        Craig Hilliard, Esq.(via ECF and facsimile 609-896-0629)
        Marc D. Miceli, Esq. (via facsimile 973-994-1744)