**PUTNEY, TWOMBLY, HALL & HIRSON LLP**

DANIEL F. MURPHY, JR.
MICHAEL T. McGRATH
THOMAS A. MARTIN
WILLIAM M. POLLAK
JAMES E. McGRATH, III
CHRISTOPHER M. HOULIHAN
THOMAS M. LAMBERTI
STEPHEN J. MACRI
HARVEY I. SCHNEIDER
MARY ELLEN DONNELLY
JOSEPH B. CARTAFALSA
GEOFFREY H. WARD
ANDREA HYDE
E. PARKER NEAVE
MARK A. HERNANDEZ
JAMES M. STRAUSS
PHILIP H. KALBAN
SEAN H. CLOSE
LANSING R. PALMER
JEROME P. COLEMAN
BARBARA M. MAISTO

ESTABLISHED 1866
COUNSELORS AT LAW
521 FIFTH AVENUE
NEW YORK, NEW YORK 10175
(212) 682-0020
TELEFAX: (212) 682-9380
PUTNEYLAW.COM

120 WOOD AVENUE SOUTH
SUITE 600
ISELIN, NEW JERSEY 08830
(732) 632-8805
TELEFAX: (732) 632-2506

1205 FRANKLIN AVENUE
GARDEN CITY, NY 11530
(516) 746-0070
TELEFAX: (516) 746-0598

2500 NORTH MILITARY TRAIL
SUITE 200
BOCA RATON, FLORIDA 33431
(800) 938-5480
TELEFAX: (561) 613-4100

COUNSEL
CHARLES J. GROPPE
ALEXANDER NEAVE
GUSTAN T. SMITH

SPECIAL COUNSEL
JUDITH M. BANDLER

**MEMO ENDORSED**

October 9, 2009



RECEIVED
OCT 13 2009
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/09

<u>Via ECF and</u>
<u>FACSIMILE (212) 805-7917</u>
Hon. Robert P. Patterson, Jr.
U.S. District Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

Re: BC Media Funding Company II v. Frank Lazauskas,
    Michael L. Metter, Leonard F. Moscati and B. Michael Pisani
    <u>SDNY 08-CV-06228 (RPP)</u>

Dear Judge Patterson:

This firm represents BC Media Funding Company II ("BC Media") in the above-referenced matter with respect to its post judgment collection efforts. This Court issued judgments in favor of BC Media on October 31, 2008, and April 1, 2009. Currently pending before the Court is BC Media's motion for an Order requiring Defendants Moscati, Metter, and Lazauskas to liquidate certain securities and turn over the proceeds to BC Media (the "Turnover Motion").

I have previously communicated to the Court that this matter had been settled, that a schedule of settlement payments had been established, and that if those payments were made in a timely fashion the pending motion would be withdrawn. Unfortunately, the final payment has not materialized, and I am compelled to request that the Court reinstate the motion for decision and order.

Respectfully submitted,

Matthew M. Riordan

MMR/dj
cc: Scott D. Rosen, Esq. (via ECF and facsimile 860-727-0361)
    Craig Hilliard, Esq. (via ECF and facsimile 609-896-0629)
    Marc D. Miceli, Esq. (via facsimile 973-994-1744)

H:\MMR\DC ModiaLL

[Handwritten memo endorsement:] Application granted. Respondents are directed to respond to the motion for a turnover order by October 26, 2009. So ordered. Robert P. Patterson USDJ 10/13/09

*SEE ATTACHED TYPEWRITTEN*
*MEMO ATTACHMENT*

Case:      BC Media Funding Company II v. Frank Lazauskas, et al.
Index No.: 08 Civ. 6228 (RPP)

**MEMO ENDORSEMENT READS:**

    **Application granted.**

    **Respondents are directed to respond to the motion for a turnover order by October 26, 2009.**

    **So Ordered.**

        *Robert P. Patterson, Jr., U.S.D.J., 10/13/09*