STARK & STARK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

| | |
|---|---|
| BC MEDIA FUNDING COMPANY II, | |
| Plaintiff, | CIVIL ACTION NO. No. 1:08-cv-06228-RPP |
| vs. | Hon. Robert P. Patterson |
| | ECF Case |
| FRANK LAZAUSKAS, MICHAEL L. METTER, LEONARD MOSCATI, E. MICHAEL PISANI, | MOTION TO EXTEND TIME TO RESPOND TO COURT'S ORDER OF OCTOBER 13, 2009 |
| Defendants. | |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/09
```

TO:   Anthony DiSarro, Esq.
      Kara Lynn Gorycki, Esq.
      Winston & Strawn LLP
      200 Park Avenue
      New York, NY 10166

      Matthew M. Riordan, Esq.
      Putney Twombley, Hall & Hirson, LLP
      Attorneys at Law
      120 Wood Avenue South - Suite 600
      Iselin, New Jersey 08830

SIR:

PLEASE TAKE NOTICE that Defendant, Frank Lazauskas, moves before the Honorable Robert P. Patterson, United States District Court, Southern District of New York, for an Order extending for seven (7) days the time for Defendant to respond to Plaintiff's motion for an Order requiring all Defendants to liquidate certain securities and turn over the proceeds to Plaintiff.

In support of this motion, counsel states the following:

1.   In June 2009, Plaintiff filed a motion seeking an Order requiring all Defendants to liquidate certain securities and turn over the proceeds to Plaintiff (the "Turnover Motion").

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

STARK & STARK

2.The parties reached a settlement in June 2009, the terms of which required the payment of $6 million to Plaintiff. As of today, $5 million has been paid. Plaintiff wrote to the Court on October 9, 2009, notifying the Court that the final payment of $1 million had not yet been received, and requesting that the Court reschedule the Turnover Motion. The Court entered an Order on October 13, 2009, directing that any response to the Turnover Motion be filed by October 26, 2009.

3.Defendant requests a one-week extension of time to respond to the Turnover Motion. Defendant is exploring options for satisfaction of the final payment due under the Settlement Agreement, and Defendant needs the additional week to conclude discussions which he hopes will result in the final payment being made to Plaintiff.

WHEREFORE, Defendant respectfully requests that the Court extend the deadline for responding to Plaintiff's motion through and including November 2, 2009.

Respectfully submitted,

STARK & STARK, P.C.

By: s/Martin P. Schrama
MARTIN P. SCHRAMA
Attorney for Defendant
Frank Lazauskas

Craig S. Hilliard, Esq.
Martin P. Schrama, Esq.
Stark & Stark, P.C.
993 Lenox Drive
Lawrenceville, New Jersey 08648
chilliard@stark-stark.com
mschrama@stark-stark.com

Dated: October 26, 2009

*[Handwritten notation: Application granted with consent of plaintiff. So ordered. /s/ Robert P. Patterson  10/28/09]*

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315