# STARK&STARK
A PROFESSIONAL CORPORATION



**MEMO ENDORSED**

Craig S. Hilliard
DIRECT DIAL NUMBER:
609-895-7346
DIRECT FAX NUMBER:
609-895-7395
E-MAIL:
chilliard@stark-stark.com

ATTORNEYS AT LAW

OFFICE: 993 LENOX DRIVE LAWRENCEVILLE, NJ 08648-2389

MAILING: PO BOX 5315 PRINCETON, NJ 08543-5315

609-896-9060 (PHONE) 609-896-0629 (FAX)

WWW.STARK-STARK.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/09
```

**RECEIVED**
NOV 30 2009
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

November 30, 2009

*via telecopier only*

Hon. Robert P. Patterson, Jr., U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street, Room 2550
New York, NY 10007

**Re:** <u>BC Media Funding Company II, et al v. Frank Lazauskas, et al</u>
Civil Action No. 08-cv-6228 RPP

Dear Judge Patterson:

This Firm represents defendant, Frank Lazauskas. I write to confirm that the Court has scheduled a settlement conference for Friday, December 4th, at 9:30 a.m. All counsel are available, and client representatives with full settlement authority will be present as well.

We look forward to meeting with the Court this Friday.

Respectfully,

STARK & STARK
A Professional Corporation

By: _____
   CRAIG S. HILLIARD
CSH/blj
cc: Matthew M. Riordan, Esq. (via telecopier only)
    Scott D. Rosen, Esq. (via telecopier only)
    Jeffrey Cooper, Esq. (via telecopier only)
    Frank Lazauskas

So ordered
Robert P. Patterson
USDJ
11/30/09