PUTNEY, TWOMBLY, HALL & HIRSON LLP

DANIEL F. MURPHY, JR.
MICHAEL T. McGRATH
THOMAS A. MARTIN
WILLIAM M. POLLAK
JAMES E. McGRATH, III
CHRISTOPHER M. HOULIHAN
THOMAS M. LAMBERTI
STEPHEN J. MACRI
HARVEY I. SCHNEIDER
MARY ELLEN DONNELLY
JOSEPH B. CARTAFALSA
GEOFFREY H. WARD
ANDREA HYDE
E. PARKER NEAVE
MARK A. HERNANDEZ
JAMES M. STRAUSS
PHILIP H. KALBAN
SEAN H. CLOSE
LANSING R. PALMER
JEROME P. COLEMAN
BARBARA M. MAISTO

ESTABLISHED 1866
COUNSELORS AT LAW
521 FIFTH AVENUE
NEW YORK, NEW YORK 10175
(212) 682-0020
TELEFAX: (212) 682-9380
PUTNEYLAW.COM

February 17, 2010

120 WOOD AVENUE SOUTH
SUITE 600
ISELIN, NEW JERSEY 08830
(732) 632-2505
TELEFAX: (732) 632-2506

1205 FRANKLIN AVENUE
GARDEN CITY, NY 11530
(516) 746-0070
TELEFAX: (516) 746-0599

2500 NORTH MILITARY TRAIL
SUITE 200
BOCA RATON, FLORIDA 33431
(800) 935-8480
TELEFAX: (561) 613-4100

COUNSEL
CHARLES J. GROPPE
ALEXANDER NEAVE
DUSTAN T. SMITH

SPECIAL COUNSEL
JUDITH M. BANDLER

**Via ECF and FACSIMILE (212)805-7917**
Hon. Robert P. Patterson, Jr.
U.S. District Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

    Re:    **BC Media Funding Company II v. Frank Lazauskas,
Michael L. Metter, Leonard F. Moscati and B. Michael Pisani
SDNY 08-CV-06228 (RPP)**

Dear Judge Patterson:

    This firm represents the Plaintiff, BC Media Funding Company II, in the above-referenced matter. I write to respond to Defendants' most recent filing, styled a "Motion for Extension of Time to Comply With Settlement and Complete Liquidation of Securities." Plaintiff opposes any modification of the terms of the Settlement Agreement that is not negotiated and agreed to by the parties.

    The Settlement Agreement (the "Agreement") referenced in Defendants' Motion was entered into on December 18, 2009 at a settlement conference before the Court. The Agreement required Defendants to pay Plaintiff $1,100,000.00 by January 31, 2010. The Defendants failed to make the required payment in full, although they did make partial payment. The Agreement was itself an extension of a prior settlement negotiated by the parties in the spring of 2009 which was to conclude with a final payment on October 1, 2009. Defendants failed to make that scheduled final payment, which failure lead to the current litigation.

    Defendants' Motion purports to "request an extension of time from January 29, 2010 to April 30, 2010 to comply with the settlement…." As the Agreement is a private settlement between the parties, any request for an extension of time to perform or other alteration of the material terms of the Agreement should be addressed to the Plaintiff

Hon. Robert P. Patterson, Jr.
U.S. District Judge
February 17, 2010
Page 2

rather than the Court. Plaintiff is willing to negotiate such an extension in good faith, but does not consent to the Defendants' request, which amounts to a request that the Court alter the Agreement to excuse Defendants' breach.

Respectfully submitted,

Matthew M. Riordan

MMR/dj
cc:   Scott D. Rosen, Esq. (via ECF and facsimile 860-727-0361)
      Craig Hilliard, Esq.(via ECF and facsimile 609-896-0629)

H:\MMR\BC Media\Letters\Judge Patterson 02.17.10.doc